FILED BY _____ D.C.

05 AUG 17 AM 10: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DIONYSISU NORFLETT,

      Plaintiff,

vs.                                   Case No.   05-2452 D V

CITY OF MEMPHIS, et al.,

      Defendants.

## ORDER TO SHOW CAUSE

On June 30, 2005, Defendant City of Memphis filed a Motion to Dismiss. Pursuant to Federal Rules of Civil Procedure and the Court's Local Rule 7.2 (a)(2), Plaintiff is required to respond to the motion within thirty (30) days. To date, Plaintiff has not responded to Defendant's motion, nor sought additional time to respond.

Accordingly, the court hereby orders Plaintiff to show cause why Defendant's Motion to Dismiss should not be granted. Plaintiff has fifteen (15) days from the date of the entry of this order to file a response. If Plaintiff fails to response, the motion will be decided on the existing record without further notice.

IT IS SO ORDERED this __16__ day of __August__ 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-18-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02452 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT