IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 AUG 18 PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DIONYSIUS NORFLEET & LUTICH IVY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 2:05-cv-02452-BD/dv ) |
| THE CITY OF MEMPHIS, OFFICERS Q. BRANCH #10386, J. SMITH #7046 and other JOHN DOE POLICE OFFICERS, | ) ) ) ) ) |
| Defendants. | ) ) |

## RULE 16(b) SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held by telephone. Present were Mr. Gerald S. Green, counsel for Plaintiff, Ms. Heather Anne Kirksey, counsel for Defendant City of Memphis, and Ms. Betsy McKinney, counsel for Defendant Officers Branch and Smith, in their individual capacities. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):    Friday, September 9, 2005

JOINING PARTIES:    Tuesday, October 25, 2005

AMENDING PLEADINGS:    Tuesday, October 25, 2005

INITIAL MOTIONS TO DISMISS:    Monday, November 28, 2005

COMPLETING ALL DISCOVERY:    Friday, April 28, 2006

    (a)    DOCUMENT PRODUCTION:    Friday, April 28, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-19-05

(b)   DEPOSITIONS, INTERROGATORIES, AND REQUESTS FOR ADMISSIONS:

Friday, April 28, 2006

(c)   EXPERT WITNESS DISCLOSURE (Rule 26):

(1)   Disclosure of Plaintiff's Rule 26 Expert Information:

Friday, January 27, 2006

(2)   Disclosure of Defendants' Rule 26 Expert Information:

Monday, February 27, 2006

(3)   Expert Witness Depositions:   Friday, April 28, 2006

FILING DISPOSITIVE MOTIONS:   Monday, May 29, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial, and the trial is expected to last __two (2)__ days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private medication after the close of discovery.

The parties are reminded that pursuant to Local Rul 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may

2

file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties <u>have not</u> consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*/s/ Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: *August 18, 2005*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02452 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT