FILED BY ____ D.C.

05 SEP 21 PM 4: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

DIONYSIUS NORFLEET &
LUTICH IVY,

    PLAINTIFF,

V.

              CIVIL ACTION NO. 05-cv-02452 BD/do

THE CITY OF MEMPHIS,
OFFICERS Q. BRANCH #10386
J. SMITH #7046 and other JOHN DOE
POLICE OFFICERS,

    DEFENDANT

---

## ORDER ALLOWING THE FILING OF AMENDED COMPLAINT

Plaintiff has moved, with an abundance of caution, to amend the original complaint.

The Defendant police officers have filed a responsive pleading.

The City of Memphis has not filed a responsive pleading within the meaning of the Federal Rules of Civil Procedure.

The time has not expired for the amendment of pleadings according to the Scheduling order.

There are no new grounds or claims alleged in the Amended Complaint of which the defendants did not have fair notice.

The Court finds that no Defendant will suffer any prejudice by the filing of the Amended Complaint. *The defendants have not responded to the matter, & the time for response has expired.*

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _9/22/05_

_THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:_

That Plaintiff be allowed to file the amended complaint heretofore lodged with the

Court. The plaintiff shall file the amended complaint within 10 days of date of entry of this order, & serve the amended complaint on the defendants.

Diane K. Vescovo

~~BERNICE B. DONALD~~
UNITED STATES ~~DISTRICT JUDGE~~ Magistrate Judge
DATED: September 21, 2005

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02452 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT